THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD HARPER, Appellant.

*Crimes — poolselling — judgment of conviction affirmed.*

*People* v. *Harper*, 207 App. Div. 869, affirmed.

(Argued April 7, 1925; decided May 5, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 30, 1923, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of poolselling, bookmaking, bets and wagers.

*James P. McManus* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.